**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CITY OF PHILADELPHIA, | : No. 374 EAL 2021 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| ESTATE OF THOMAS BURKE | : |
| (WORKERS' COMPENSATION APPEAL | : |
| BOARD), | : |
| | : |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.